170 A.3d 935

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. HECTOR L. CRUZ, JR., DEFENDANT–PETITIONER.

September 22, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000761–16 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 935

JIM YENZER, PLAINTIFF–PETITIONER, v. LIQUIDITY SOLUTIONS, INC., D/B/A GLI–F, LLC, AND DAVID FISHEL, INDIVIDUALLY, DEFENDANTS–RESPONDENTS, AND CAPITAL INVESTORS, LLC, ET AL., DEFENDANTS.

September 22, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003043–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.